

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2016

No. 04-16-00227-CR

Allen John **MURRAY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5283
Honorable Ray Olivarri, Judge Presiding

## O R D E R

Rule 9.10 of the Texas Rules of Appellate Procedure provides that an electronic or paper filing with this Court must not contain sensitive data. TEX. R. APP. P. 9.10. The rule defines "sensitive data" to include "the name of any person who was a minor at the time the offense was committed." *Id*.

On October 5, 2016, appellant filed his brief in this appeal. The brief violates Rule 9.10 of the Texas Rules of Appellate Procedure because it contains the name of the complainant who was a minor at the time of the offense. We, therefore, STRIKE appellant's brief and ORDER appellant to file an amended brief removing the name of the complainant and replacing it with an alias or the complainant's initials no later than **October 20, 2016**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2016.



Keith E. Hottle
Clerk of Court